No. 23-10866-B

# In the United States Court of Appeals for the Eleventh Circuit

M.A., et al.,

        *Plaintiffs–Appellants-Cross-appellees*,

v.

Florida State Board of Education, et al.,

        *Defendants–Appellees-Cross-appellants.*

**JOINT STATUS REPORT**

On Appeal from the
United States District Court
for the Northern District of Florida
Case No. 4:22-CV-00134-AW-MJF

        Ashley Moody
         *Attorney General*
        Henry C. Whitaker
         *Solicitor General*
        Daniel W. Bell
         *Chief Deputy Solicitor General*
        Office of the Attorney General
        PL-01, The Capitol
        Tallahassee, FL 32399-1050
        (850) 414-3300
        (850) 414-2672 (fax)
        *henry.whitaker@myfloridalegal.com*

(additional counsel identified on signature pages)

# CERTIFICATE OF INTERESTED PERSONS

Undersigned counsel certify that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1–26.3 and 27-1(a)(9):

1. Alfonso, Denis John, *Attorney for Defendant-Appellee Pasco County School Board*
2. Alfonso, Nancy, *Attorney for Defendant-Appellee Pasco County School Board*
3. Armstrong, Amber, *Parent of Plaintiff-Appellant-Cross-Appellee*
4. M.A., *Plaintiff-Appellant-Cross-Appellee*
5. Bell, Daniel, *Attorney for Defendants-Appellees-Cross-Appellants Florida State Board of Education, Florida Department of Education, Manny Diaz, Ben Gibson, Esther Byrd, Grazie P. Christie, Joe York, Monesia Brown, Ryan Petty, and Thomas R. Grady*
6. Berg, Scott, *Plaintiff-Appellant-Cross-Appellee*
7. Broward County School Board, *Defendant-Appellee*
8. Broward School Board, *Defendant-Appellee*
9. Brown, Monesia, *Defendant-Appellee-Cross-Appellant*
10. Burke, Michael, *Attorney for Defendant-Appellee Broward County School Board*
11. Byrd, Esther, *Defendant-Appellee-Cross-Appellant*
12. Carroll, David, *Attorney for Amicus Curiae Christian Action Network*
13. Carroll Ucker & Hemmer LLC, *Law Firm of Attorney for Amicus Curiae Christian Action Network*

14. Casares, Lourdes, *Plaintiff-Appellant-Cross-Appellee*

15. Christian Action Network, *Amicus Curiae*

16. Christie, Grazie P., *Defendant-Appellee-Cross-Appellant*

17. Corcoran, Richard, *Defendant*

18. DeSantis, Ronald D., *Defendant*

19. DeSousa, Jeffrey P., *Attorney for Defendants-Appellees-Cross-Appellants Florida State Board of Education, Florida Department of Education, Manny Diaz, Ben Gibson, Esther Byrd, Grazie P. Christie, Joe York, Monesia Brown, Ryan Petty, and Thomas R. Grady*

20. Manny Diaz, *Defendant-Appellee-Cross-Appellant*

21. District of Columbia, *Amicus Curiae*

22. Jane Doe, *Plaintiff-Appellant-Cross-Appellee*

23. Doniger, Kate Linsley, *Attorney for Plaintiffs-Appellants-Cross-Appellees*

24. Elizabeth F. Schwartz, P.A. *Law Firm of Attorney for Plaintiff-Appellants*

25. Family Equality, *Plaintiff-Appellant-Cross-Appellee*

26. Faruqui, Bilal, *Attorney for Defendants-Appellees-Cross-Appellants Florida State Board of Education, Florida Department of Education, Manny Diaz, Ben Gibson, Esther Byrd, Grazie P. Christie, Joe York, Monesia Brown, Ryan Petty, and Thomas R. Grady*

27. Feinberg, Kimberly, *Plaintiff-Appellant-Cross-Appellee*

28. Florida Office of the Attorney General

29. Florida Department of Education, *Defendant-Appellee-Cross-Appellant*

30. Florida State Board of Education, *Defendant-Appellee-Cross-Appellant*

31. Frank, Michael J., *United States Magistrate Judge*

32. Gallagher, Ashley T., *Attorney for Defendant-Appellee School Board of Manatee County*

33. Gibson, Ben, *Defendant-Appellee-Cross-Appellant*

34. Grady, Thomas R., *Defendant-Appellee-Cross-Appellant*

35. Harvey, Walter J., *Attorney for Defendant-Appellee School Board of Miami-Dade County*

36. Horne, Eliza N., *Attorney for Defendant-Appellee School Board of Manatee County*

37. Houry, Cecile, *Plaintiff-Appellant-Cross-Appellee*

38. Jackson County School Board, *Defendant-Appellee*

39. Jackson, Erin G., *Attorney for Defendant-Appellee School Board of Manatee County*

40. Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., *Law Firm of Attorneys for Defendant-Appellee Broward County School Board*

41. Johnson Jackson LLP*, Law Firm of Attorneys for Defendant-Appellee Board of Manatee County*

42. Kaplan Hecker & Fink LLP, *Law Firm of Attorneys for Plaintiffs-Appellants-Cross-Appellees*

43. Kaplan, Roberta A., *Attorney for Plaintiffs-Appellants-Cross-Appellees*

44. Madrigal, Jordan, *Attorney for Defendant-Appellee School Board of Miami-Dade*

*County*

45. Matz, Joshua, *Attorney for Plaintiffs-Appellants-Cross-Appellees*

46. McClelland, Lindsay, *Plaintiff-Appellant-Cross-Appellee*

47. McDermott Will & Emery LLP, *Law Firm of Attorney for Plaintiffs-Appellants-Cross-Appellees*

48. Morrison, Rabbi Amy, *Plaintiff-Appellant-Cross-Appellee*

49. National Center for Lesbian Rights, *Law Firm of Attorney for Plaintiffs-Appellants-Cross-Appellees*

50. Office of the Attorney General for the District of Columbia, *Attorneys for Amici Curiae District of Columbia and States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, and Washington*

51. Office of the Attorney General of New Jersey, *Attorneys for Amici Curiae District of Columbia and States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, and Washington*

52. Office of the Attorney General of Texas, *Attorneys for Amici Curiae States of Alabama, Alaska, Arkansas, Georgia, Indiana, Kentucky, Louisiana, Mississippi, Nebraska, Oklahoma, South Carolina, Texas, Virginia and West Virginia*

53. Oliva, Jacob, *Defendant*

54. Orange County School Board, *Defendant-Appellee*

55. Orange County School Board Office of General Counsel, *Attorneys for Defendant-Appellee Orange County School Board*

56. Palmerini, John C, *Attorney for Defendant-Appellee Orange County School Board*

57. Pasco County School Board, *Defendant-Appellee*

58. Patel, Anita J., *Attorney for Defendants-Appellees-Cross-Appellants Florida State Board of Education, Florida Department of Education, Manny Diaz, Ben Gibson, Esther Byrd, Grazie P. Christie, Joe York, Monesia Brown, Ryan Petty, and Thomas R. Grady*

59. Petty, Ryan, *Defendant-Appellee-Cross-Appellants*

60. Powderly, Anita Hatcher, *Plaintiff-Appellant-Cross-Appellee*

61. Quinn, John Charles, *Attorney for Plaintiffs-Appellants-Cross-Appellees*

62. S.S., *Plaintiff-Appellant-Cross-Appellee*

63. School Board of Manatee County, *Defendant-Appellee*

64. School Board of Miami-Dade County, *Defendant-Appellee*

65. School Board of Sarasota County, *Defendant-Appellee*

66. Schulman, Carl, *parent of Plaintiff-Appellant-Cross-Appellant*

67. Schulman, Ivonne, *parent of Plaintiff-Appellant-Cross-Appellee*

68. Schwartz, Elizabeth F., *Attorney for Plaintiffs-Appellants-Cross-Appellees*

69. Shook, Lindsey Bingham, *Plaintiff-Appellant-Cross-Appellee*

70. State of Alabama, *Amicus Curiae*

71. State of Alaska, *Amicus Curiae*

72. State of Arkansas, *Amicus Curiae*

73. State of California, *Amicus Curiae*

74. State of Colorado, *Amicus Curiae*

75. State of Connecticut, *Amicus Curiae*

76. State of Delaware, *Amicus Curiae*

77. State of Georgia, *Amicus Curiae*

78. State of Hawaii, *Amicus Curiae*

79. State of Illinois, *Amicus Curiae*

80. State of Indiana, *Amicus Curiae*

81. State of Kentucky, *Amicus Curiae*

82. State Louisiana, *Amicus Curiae*

83. State of Maine, *Amicus Curiae*

84. State of Maryland, *Amicus Curiae*

85. State of Massachusetts, *Amicus Curiae*

86. State of Michigan, *Amicus Curiae*

87. State of Minnesota, *Amicus Curiae*

88. State of Mississippi, *Amicus Curiae*

89. State of Nebraska, *Amicus Curiae*

90. State of Nevada, *Amicus Curiae*

91. State of New Jersey, *Amicus Curiae*

92. State of New York, *Amicus Curiae*

93. State of Oklahoma, *Amicus Curiae*

94. State of Oregon, *Amicus Curiae*

95. State of Rhode Island, *Amicus Curiae*

96. State of South Carolina, *Amicus Curiae*

97. State of Texas, *Amicus Curiae*

98. State of Virginia, *Amicus Curiae*

99. State of Washington, *Amicus Curiae*

100. State of West Virginia, *Amicus Curiae*

101. Stearns, Christopher J., *Attorney for Defendant-Appellee Broward County School Board*

102. St. Johns County School Board, *Defendant-Appellee*

103. Stoll, Christopher F., *Attorney for Plaintiffs-Appellants-Cross-Appellees*

104. Stone, Judd E., *Attorney for Amici Curiae States of Alabama, Alaska, Arkansas, Georgia, Indiana, Kentucky, Louisiana, Mississippi, Nebraska, Oklahoma, South Carolina, Texas, Virginia and West Virginia*

105. Trice, D. Brandon, *Attorney for Plaintiffs-Appellants-Cross-Appellees*

106. Tuetken, Adam J., *Attorney for Amici Curiae District of Columbia and States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, and Washington*

107. VanTice, Brent, *Plaintiff-Appellant-Cross-Appellee*

108. VanTice, Dan, *Plaintiff-Appellant-Cross-Appellee*

109. Volmer, Ahn, *Plaintiff-Appellant-Cross-Appellee*

110. Washington, Myndee, *Plaintiff-Appellant-Cross-Appellee*

111. Wasserkrug, Joseph Matthew, *Attorney for Plaintiffs-Appellants-Cross-Appellees*

112. Weaver, Michael W., *Attorney for Plaintiffs-Appellants-Cross-Appellees*

113. Whitaker, Henry C., *Attorney for Defendants-Appellees-Cross-Appellants Florida State Board of Education, Florida Department of Education, Manny Diaz, Ben Gibson, Esther Byrd, Grazie P. Christie, Joe York, Monesia Brown, Ryan Petty, and Thomas R. Grady*

114. York, Joe, *Defendant-Appellee-Cross-Appellant*

## CORPORATE DISCLOSURE STATEMENT

Plaintiff-Appellant-Cross-Appellee Family Equality is a non-profit corporation which has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

**JOINT STATUS REPORT**

On September 6, 2023, the Court granted the parties' joint motion to stay all deadlines in this case while they discuss the possibility of settlement. The Court directed the parties to file joint status reports every 60 days, starting October 2, 2023. The parties jointly filed such a report on October 2, 2023, and another on December 1, 2023.

The parties' settlement discussions are ongoing, and the parties agree that the stay should continue at this time. If any party believes that settlement discussions cease to be productive, that party will notify the Court promptly.

Dated: January 30, 2024

Respectfully submitted,

ASHLEY MOODY
*Attorney General*

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3681
*henry.whitaker@myfloridalegal.com*

*Counsel for Defendants-Appellees-Cross-Appellants Florida State Board of Education, Florida Department of Education, Manny Diaz, Ben Gibson, Esther Byrd, Grazie P. Christie, Joe York, Monesia Brown, Ryan Petty, and Thomas Grady*

*/s/ J. David. Marsey*
J. DAVID MARSEY
Florida Bar No.: 0010212
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
RUMBERGER, KIRK & CALDWELL
101 N. Monroe St., Suite 1050
Tallahassee, Florida, 32301
Tel:  850.222.6550  Fax:  850.222.8783
*dmarsey@rumberger.com*
*docketingorlando@rumberger.com*
*dmarseysecy@rumberger.com*
*jgrosholz@rumberger.com*
*docketingorlando@rumberger.com*
*jgrosholzsecy@rumberger.com*

*Counsel for the St. John's County School Board*

*/s/ Hudson C. Gill, Esquire*
Hudson C. Gill, Esquire
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
954-463-0100
*hgill@jambg.com*

*Counsel for the Broward County School Board*

*/s/ John C. Palmerini*
JOHN C. PALMERINI, B.C.S.
DEPUTY GENERAL COUNSEL
Florida Bar No: 571709
School Board of Orange County
445 West Amelia Street
Orlando, Florida 32801
Telephone: (407) 317-3411
Facsimile: (407) 317-3348
*john.palmerini@ocps.net*
*cindy.valentin2@ocps.net*

*Counsel for the Orange County School Board*

Walter J. Harvey
  General Counsel
*/s/ Jordan A. Madrigal*
Jordan A. Madrigal
  Associate General Counsel
Miami-Dade County School Board
Florida Bar No. 1017898
1450 N.E. 2nd Avenue, Suite 430
Miami, Florida 33132
Telephone (305) 995-1304
*jordanmadrigal@dadeschools.net*
*Courtdocuments@dadeschools.net*

*Counsel for the Miami-Dade County School Board*

*/s/ Nancy McClain Alfonso*
Nancy McClain Alfonso
Bar No. 845892
ALFONSO HERSCH, P.A.
38416 Fifth Avenue Zephyrhills, Florida 33542 (352) 567-5636
*NAlfonso@AlfonsoHersch.com*
*EServe@AlfonsoHersch.com*
*Lisa@AlfonsoHersch.com*

*Counsel for the Pasco County School Board*

*/s/ Erin G. Jackson*
Erin G. Jackson
Florida Bar No.: 413097
Ashley T. Gallagher
Florida Bar No.: 125141
Eliza N. Horne
Florida Bar No.: 1018588
JOHNSON JACKSON PLLC
100 N. Tampa, Suite 2310
Tampa, FL 33602
Telephone: (813) 580-8400
*ejackson@johnsonjackson.com*
*agallagher@johnsonjackson.com*
*ehorne@johnsonjackson.com*

*Counsel for the School Board of Manatee County*

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan (NY #2507093)
John C. Quinn (NY #4965000)
Kate L. Doniger (NY #5128251)
D. Brandon Trice (NY #5140017)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel.: (212) 763-0883
*rkaplan@kaplanhecker.com*

Joshua Matz (DC #1045064)
KAPLAN HECKER & FINK LLP
1050 K Street, NW, Suite 1040
Washington, D.C. 20001
Tel.: (212) 763-0883
*jmatz@kaplanhecker.com*

Christopher Stoll (CA #179046)*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Tel.: (415) 392-6257
*CStoll@nclrights.org*

Joseph M. Wasserkrug (FL #112274)
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Tel.: (305) 347-6501
*jwasserkrug@wme.com*

Elizabeth F. Schwartz (FL #114855)
ELIZABETH F. SCHWARTZ, P.A.
3050 Biscayne Blvd., Suite 600
Miami, Florida 33137
Tel.: (305) 674-9222
liz@elizabethschwartz.com

*Counsel for Plaintiffs-Appellants Cross-Appellees*

* application for admission pro hac vice forthcoming

# **CERTIFICATE OF SERVICE**

I certify that on January 30, 2024, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General
